# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ROBert SARDUY and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br>vs.<br><br>OIL CAN MAN INC.,<br>EUGENE GARGIULO,<br><br>Defendants. | 18-CV-20512-Moreno/Turnoff |

**SUMMONS IN A CIVIL ACTION**

To: OIL CAN MAN INC.,
Registered Agent:
GARGIULO, EUGENE
2856 NE 35 COURT
FORT LAUDERDALE, FL 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **February 9, 2018**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts