UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20512-CIV-FAM

ROBERT SARDUY, MARCOS E PACHECO )
BUSTAMANTE, and all others similarly )
situated under 29 U.S.C. 216(b), )
)
      Plaintiff, )
vs. )
)
OIL CAN MAN INC., )
EUGENE GARGIULO, )
)
      Defendants. )
_____

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ONLY PLAINTIFF MARCOS E PACHECO BUSTAMANTE

COMES NOW the Parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 and hereby notices the Court that **only** Plaintiff, MARCOS E PACHECO BUSTAMANTE, voluntarily dismisses his claims against Defendants, OIL CAN MAN INC., and EUGENE GARGIULO (collectively referred to herein as "Defendants"), with prejudice, brought in the above-captioned lawsuit. Plaintiff MARCOS E PACHECO BUSTAMANTE and Defendants shall each bear their own respective attorneys' fees and costs as to **only** Plaintiff, MARCOS E PACHECO BUSTAMANTE.

The Parties agree that this Joint Stipulation shall in no way whatsoever effect the claims of Plaintiff, ROBERT SARDUY, against Defendants in the above-captioned lawsuit and shall not be used to effect Plaintiff, ROBERT SARDUY, wage claims and/or attorneys' fees and/or costs against Defendants. Further, as agreed to by the Parties, the case shall proceed as to Plaintiff, ROBERT SARDUY, against Defendants, unaffected.

Dated this 24th day of May, 2018.

| | |
|---|---|
| J.H. ZIDELL, P.A. | Langston, Hess & Moyles, P.A. |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| 300 71st Street, Ste. 605 | 600 Druid Rd. E. |
| Miami Beach, Florida 33141 | Clearwater, FL 33756 |
| Telephone: (305) 865-6766 | Telephone: (727) 479-1900 |
| Facsimile: (305) 865-7167 | Facsimile: (727) 479-1901 |
| Email: rivkah.jaff@gmail.com | Email: smoyles@langstonhess.com |
| | |
| By: *s/ Rivkah Jaff* | By: *s/ M. Sean Moyles* |
| RIVKAH JAFF, ESQ. | M. SEAN MOYLES, ESQ. |
| Florida Bar No. 107511 | Florida Bar No. 0080756 |